UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALVIE FORBIS and wife,<br>MARGARET MARIE FORBIS,<br><br>    Plaintiffs,<br><br>v.<br><br>ENGLAND, INC., formerly known as<br>ENGLAND/CORSAIR, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 3:04-CV-582<br>)   (Shirley)<br>)<br>)<br>)<br>) |

## **MEMORANDUM & ORDER**

This matter came before the undersigned on August 15, 2005, upon a conference call from the parties. Participating in the phone call were attorneys Charles Niewold and Thomas Noe representing the plaintiffs and attorney Gary Prince representing the defendant.

During the telephone conference, the defendant made an oral motion for an extension of the deadline for the filing of dispositive motions, which has already expired, and for a continuation of the trial date. The plaintiffs had no opposition to the defendant's oral motion.

Accordingly, for good cause shown, the defendant's oral motion for an extension of the deadline for dispositive motions and for continuance of the trial is **GRANTED**. The parties shall have until **October 14, 2005** to file any dispositive motions. The pretrial conference, which is currently set for October 17, 2005, and the trial of this matter, which is currently set for November 1, 2005, are hereby **CANCELED**. The trial of this matter is **CONTINUED** to **February 7, 2006**.

A pretrial conference will be held on **January 9, 2006 at 1:30 p.m.**  All other deadlines shall remain in effect as set forth in the Scheduling Order [Doc. 16].

      **IT IS SO ORDERED.**

                                     ENTER:

                                     s/ C. Clifford Shirley, Jr.
                                     United States Magistrate Judge