UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALVIE FORBIS, and wife, ) | |
| MARGARET MARIE FORBIS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:04-CV-582 |
| ) | (Shirley) |
| ENGLAND, INC., formerly known as ) | |
| ENGLAND/CORSAIR, INC., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM & ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 10].

The plaintiff requests permission to enter and inspect the England Furniture plant in New Tazewell, Tennessee, in order to inspect, photograph, and videotape the dock plate used for the loading and unloading process and to measure the dock plate. [Doc. 22]. Counsel for the defendant has advised the Court that the defendant has no opposition to the motion. Accordingly, for good cause shown, the plaintiff's Request for Permission to Enter and Inspect [Doc. 22] is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge