# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

ALVIE FORBIS and wife, MARGARET  )
MARIE FORBIS,                     )
                                  )
            Plaintiffs,           )
                                  )
v.                                )        No. 3:04-CV-582
                                  )        (Shirley)
ENGLAND, INC., formerly known as  )
ENGLAND/CORSAIR, INC.,            )
                                  )
            Defendants.           )

## O R D E R

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the

Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings,

including entry of judgment [Doc. 10].

For the reasons set forth in the Memorandum Opinion , filed simultaneously herewith,

the Defendant's Motion to Dismiss/Motion for Summary Judgment [Doc. 28] is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge