UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ALVIE FORBIS and wife, MARGARET MARIE FORBIS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:04-CV-582 (Shirley) |
| ENGLAND, INC., formerly known as ENGLAND/CORSAIR, INC., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM & ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 10].

This matter came before the Court for a telephone conference on February 27, 2006. The defendant made an oral motion for a continuance of the trial, which is scheduled to begin on March 7, 2006, on the grounds that the defendant's expert has withdrawn from the case and the defendant needs additional time to retain another expert. The plaintiffs do not oppose the defendant's motion. For good cause shown, the defendant's oral motion for continuance is **GRANTED**. It is **ORDERED**:

1. The trial of this matter is **CONTINUED** to **June 5, 2006**;

2. Motions in limine shall be filed on or before **March 13, 2006**; any responses to such motions shall be filed on or before **March 28, 2006**;

3. The defendant shall file a full Rule 26(a)(2) expert disclosure on or before **March 31, 2006**;

4. A hearing will be held on any pending motions in limine on **April 18, 2006 at 10:00 a.m.**; and

5. The plaintiffs shall depose the defendant's new expert by **May 5, 2006**.

**IT IS SO ORDERED.**

                                              ENTER:

                                              s/ C. Clifford Shirley, Jr.
                                              United States Magistrate Judge